Jane ELSWICK, Appellant,

v.

MOTORS INSURANCE CORP., Appellee.

Court of Appeals of Kentucky.

Sept. 16, 1960.

V. R. Bentley, Pikeville, for appellant.

Dan Jack Combs, Pikeville, for appellee.

PER CURIAM.

Motion for an appeal from judgment of the Pike Circuit Court, Honorable Pierce Keesee, Judge, for $700 in favor of the defendant on its counterclaim in an action for claim and delivery and damages incident to the possession of a motor truck, and a motion for a cross-appeal by the defendant on the ground of inadequacy of the award. The court is of opinion that the judgment is correct.

Motions for an appeal and a cross-appeal are overruled, and the judgment stands affirmed.

Joe Morgan ARNETT, Appellant,

v.

Meda Back ARNETT, Appellee.

Court of Appeals of Kentucky.

Moss Noble, Jackson, for appellant.

Mann & Mann, Salyersville, for appellee.

PER CURIAM.

This is a motion for appeal from a judgment of the Breathitt Circuit Court awarding alimony in the amount of $1,000 and attorney's fee in the amount of $50.

The record has been considered and we find no prejudicial error.

The motion for appeal is denied and the judgment is affirmed